UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOODY WOODROW TANKSLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAMPA, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-1271 CKD P<br><br><br>ORDER |

Plaintiff, a county jail inmate proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On June 30, 2017 plaintiff filed a motion for a court order to obtain his prisoner trust fund account statement from the Sacramento County Sheriff's Department. ECF No. 5. The court will construe plaintiff's motion as a request for an extension of time. So construed, the motion will be granted. Plaintiff will be afforded one last thirty day extension of time to provide this information to the court. If plaintiff is still unable to obtain the required prison trust account statement, he shall inform the court of what specific steps he took to obtain the information and from whom he requested it, along with the name(s) of any individuals who may have precluded him from obtaining the completed form.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or

1

the required fees in the amount of $400.00; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

    2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated: August 3, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/tank1271.eotifp.docx

2